IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMANUEL M. SANCHEZ-GONZALEZ,

    Petitioner,                      No. 2:11-cv-0637 KJN P

    vs.

T. FELKER,

    Respondent.                   ORDER TO SHOW CAUSE

                                   /

          Petitioner is a state prisoner proceeding without counsel, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On June 3, 2011, respondent filed a motion to dismiss on the ground that this action was filed beyond the one year statute of limitations period. Petitioner has not filed an opposition to the motion. Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

          Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within fourteen days, why his failure to oppose respondent's June 3, 2011 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, or he shall file an opposition. Petitioner is cautioned that failure to respond to the instant order, or to file an

1

opposition to the pending motion to dismiss, will result in the dismissal of this action.

DATED: July 11, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sanc0637.46h